FILED
DEC 20 2013
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael K. Ciacci, )
)
    Plaintiff, )
)
    v. ) Civil Action No. 13-1686 (UNA)
)
Superior Court of the )
District of Columbia *et al.*, )
)
    Defendants. )
)

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*, following his compliance with the October 28, 2013, Order to provide a copy of his prison trust fund account statement. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted.

In the Complaint dated September 23, 2013, initiated from the District of Columbia Jail, plaintiff seeks an order to compel, *inter alia*, the Superior Court of the District of Columbia and Superior Court Judge Michael Ryan to provide him with "written notice of his trial judgment, written notice of appeal procedures following September 12, 2013 criminal convictions . . . and written notice of future scheduled hearing and other court appearances . . . ." Compl. at 1. The Court does not have jurisdiction to compel the named defendants to perform such acts or to appoint appellate counsel. *See id.* at 7. Furthermore, this action is moot insofar as the Superior Court's criminal docket shows that since the filing of this action, the requested judgment has

1

been entered and the plaintiff's appeal has been noticed. *See District of Columbia v. Ciacci*, No. 2011 CF2 012334 (D.C. Super. Ct.). A separate order of dismissal accompanies this Memorandum Opinion.

Date: December 19, 2013

United States District Judge